OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.27⁵

NOV 17 2015

11/5/2015

**APPLEGATE, JEFFERY DUANE   Tr. Ct. No. CR16,974A        WR-83,881-03**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JEFFERY DUANE APPLEGATE
TARRANT COUNTY JAIL - TDC # 1804949
100 N. LAMAR
FORT WORTH, TX 76102

ANK

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

H3B 76196